1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD R. WEBB,

11              Plaintiff,                    No. CIV-S-11-3464 GGH P

12        vs.

13   CALIFORNIA DEPT. OF
     CORRECTIONS, et al.
14              Defendants.                   ORDER FOR PAYMENT

15   _____/        OF INMATE FILING FEE

16   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18              Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the

19   statutory filing fee of $350.00 for this action.  Plaintiff is not assessed an initial partial filing fee.

20   28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

21   percent of the preceding month's income credited to plaintiff's trust account.  The California

22   Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the

23   payments from plaintiff's prison trust account each time the amount in the account exceeds

24   $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

25   \\\\\

26   \\\\\

                                    1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2         1.  The Director of the California Department of Corrections and Rehabilitation or

3  a designee shall collect monthly payments from plaintiff's prison trust account in an amount

4  equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust

5  account and forward payments to the Clerk of the Court each time the amount in the account

6  exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this

7  action has been paid in full.  The payments shall be clearly identified by the name and number

8  assigned to this action.

9         2.  The Clerk of the Court is directed to serve a copy of this order and a copy of

10  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

11  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

12         3.  The Clerk of the Court is directed to serve a copy of this order on the Financial

13  Department of the court.

14  DATED: April 11, 2012

15                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE
16

17  ggh:rb
    webb3464.cdc
18

19

20

21

22

23

24

25

26

2