IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD R. WEBB,

        Plaintiff,                      No. 2:11-cv-3464 GGH P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS, et al.
        Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis who seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to this court's jurisdiction (Docket No. 5).

        By order filed April 12, 2012, the court determined that plaintiff had stated a colorable Eighth Amendment claim against defendant Wong. The court also dismissed with leave to amend plaintiff's: (1) Eighth Amendment claims against defendants California Department of Corrections and D.V.I. Correctional Institution; and (2) First Amendment retaliation claims against all defendants. In the April 12, 2012 order, the court advised plaintiff that, if he chose not to amend his complaint, the action would proceed only on plaintiff's Eighth Amendment claims against defendant Wong. To date, plaintiff has not filed an amended complaint.

1  Accordingly, IT IS HEREBY ORDERED that defendants California Department
2  of Corrections and D.V.I. Correctional Institute are dismissed from this action without prejudice.
3  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
4  DATED: July 30, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:rb
webb3464.B3