1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD R. WEBB,

11          Plaintiff,                    No. 2:11-cv-3464 GGH P

12   vs.

13   CALIFORNIA DEPT. OF
     CORRECTIONS, et al.
14          Defendants.            ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis who seeks

17   relief pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to this court's jurisdiction (Docket

18   No. 5).

19          By order filed April 12, 2012, the court determined that plaintiff had stated a

20   colorable Eighth Amendment claim against defendant Wong.  The court also dismissed with

21   leave to amend plaintiff's: (1) Eighth Amendment claims against defendants California

22   Department of Corrections and D.V.I. Correctional Institution; and (2) First Amendment

23   retaliation claims against all defendants.  In the April 12, 2012 order, the court advised plaintiff

24   that, if he chose not to amend his complaint, the action would proceed only on plaintiff's Eighth

25   Amendment claims against defendant Wong.  To date, plaintiff has not filed an amended

26   complaint.

1

1    Accordingly, IT IS HEREBY ORDERED that defendants California Department

2  of Corrections and D.V.I. Correctional Institute are dismissed from this action without prejudice.

3  See Local Rule 110; Fed. R. Civ. P. 41(b).

4  DATED: July 30, 2012

5

6                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10  ggh:rb
    webb3464.B3

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26