IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD R. WEBB,

        Plaintiff,                No. 2:11-cv-3464 AC P

    vs.

WONG,

        Defendant.         <u>ORDER</u>

                               /

        By letter dated November 9, 2012, plaintiff has advised the court that he will be released from prison on November 15, 2012, and accordingly seeks to suspend proceedings in this action for four months. Plaintiff's letter is construed as a motion for an extension of time to respond to defendant's motion to dismiss, filed November 6, 2012. So construed, the motion will be granted. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 15, 2012 motion for an extension of time (Docket No. 15) is granted;

        2. Plaintiff is granted 60 days from the date of this order in which to file a response to the defendant's motion to dismiss. In light of the lengthy extension granted, further requests for an extension will be disfavored.

////

1

1    3. If necessary, the court will calendar defendant's motion to dismiss for hearing
2  after plaintiff has filed his response. <u>See</u> L.R. 230.
3  DATED: November 21, 2012

                                                    /s/
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

AC:rb
webb3464.36

                                                    /s/

2